UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| OLD REPUBLIC GENERAL INS,<br><br>    Plaintiff,<br>  v.<br><br>NATIONAL UNION FIRE INS,<br><br>    Defendant. | No. C 10-05465 LB<br><br>**ORDER DIRECTING PARTIES TO FILE CONSENT/DECLINATION FORM** |

This civil case was randomly assigned to United States Magistrate Judge Laurel Beeler for all purposes including trial. In accordance with 28 U.S.C. § 636(c), magistrate judges are designated to conduct any and all proceedings in a civil case, including trial and entry of final judgment, upon the consent of the parties. An appeal from a judgment entered by Judge Beeler may be taken directly to the United States Court of Appeals for the Ninth Circuit in the same manner as an appeal from any other judgment of a district court.

The parties have not filed written consents to Judge Beeler's jurisdiction. The parties also have the right to have their case assigned to a United States District Judge for trial and disposition. Accordingly, the parties shall inform the court whether they consent to Judge Beeler's jurisdiction or request reassignment to a United States District Judge. Each party shall file either a consent or declination form attached to this Order by February 18, 2011.

**IT IS SO ORDERED.**

Dated: February 11, 2011

_____
LAUREL BEELER
United States Magistrate Judge

ORDER (C 10-05465)

UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| OLD REPUBLIC GENERAL INS, | No. C 10-05465 LB |
| Plaintiff, | **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |
| v. | |
| NATIONAL UNION FIRE INS, | |
| Defendant. | |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party hereby consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial and the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: _____  _____
Signature

Counsel for _____
(Plaintiff, Defendant or indicate "pro se")

C 10-05465 LB

UNITED STATES DISTRICT COURT
For the Northern District of California

# UNITED STATES DISTRICT COURT

## Northern District of California

### Oakland Division

| | |
|---|---|
| OLD REPUBLIC GENERAL INS,<br><br>    Plaintiff,<br><br>v.<br><br>NATIONAL UNION FIRE INS,<br><br>    Defendant.<br>_____/ | No. C 10-05465 LB<br><br>**DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party declines to consent to the assignment of this case to a United States Magistrate Judge and requests the reassignment of this case to a United States District Judge.

Dated: _____    Signature_____

Counsel for _____
(Plaintiff, Defendant, or indicate "pro se")

C 10-05465 LB